Pavlova v Nationwide Ins. (2020 NY Slip Op 50999(U))

[*1]

Pavlova v Nationwide Ins.

2020 NY Slip Op 50999(U) [68 Misc 3d 132(A)]

Decided on August 28, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 28, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2018-2017 K C

Ksenia Pavlova, D.O., as Assignee of Ferril,
Gabriel J., Appellant, 
against
Nationwide Ins., Respondent. 

The Rybak Firm, PLLC (Damin Toell of counsel), for appellant.
Hollander Legal Group, P.C. (Allan Hollander of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin
Kelly Sheares, J.), entered July 20, 2018. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court granting defendant's motion for summary judgment dismissing
the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled
examinations under oath (EUOs), and denying plaintiff's cross motion for summary
judgment.
Contrary to plaintiff's sole contention, defendant's proof sufficiently established that
plaintiff's assignor had failed to appear for the scheduled EUOs (see Stephen Fogel
Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 28, 2020